IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| P. R. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 97cv1382-T |
| LOWDER REALTY CO., | ) | (WO) |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that plaintiff's motion to file statement of assets (Doc. No. 247) is denied without prejudice. Plaintiff relies on Fed.R.Civ.P. 64 to request that the court "set this matter for a hearing." However, "Rule 64 speaks to provisional remedies prior to judgment," 11A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 2931 at 5, not to post judgment matters.

DONE, this the 19th day of December, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE